L.L. BENAS, individually, and as the representative of the class of persons defined in averment 22, Plaintiff–Appellee,

v.

Leroy BACA, Sheriff; et al., Defendants–Appellants.

No. 01–55982.

DC No. CV–00–11507–LGB Central District of California (Los Angeles).

United States Court of Appeals, Ninth Circuit.

Feb. 15, 2002.

Stephen Yagman, Marion R. Yagman, Joseph Reichmann, Kathryn S. Bloomfield, Yagman & Yagman & Reichmann & Bloomfield, Venice Beach, CA for plaintiff.

L. Trevor Grimm, David J. Wilson, Manning & Marder, Kass Ellrod & Ramirez, LLP, Los Angeles, CA for defendants.

Before B. FLETCHER, T.G. NELSON and TALLMAN, Circuit Judges.

ORDER

The Clerk is directed to file appellants' opposition to appellee's motion for summary disposition, received on January 28, 2002.

A review of the record and appellants' opening brief indicates that the question raised in this appeal is so insubstantial in

light of this court's recent decision in *Brewster v. Shasta County,* 275 F.3d 803 (9th Cir.2001), as not to require further argument. *See United States v. Hooton,* 693 F.2d 857, 858 (9th Cir.1982) (per curiam).

Accordingly, appellee's motion for summary disposition is granted and we summarily affirm the district court's judgment appealed in this case.

AFFIRMED.